**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 19-CR-395 (BAH)** |
| | **:** | |
| **LARRY DEAN HARMON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves to continue the sentencing hearing in this case to September 6, 2024, subject to the Court's availability.

1.      On March 21, 2024, the government informed the Court that the defendant's cooperation was coming to a conclusion and that a sentencing date could be set.  The defendant testified at trial in *United States v. Sterlingov*, D.D.C. No. 21-cr-399 (RDM).  The government requested that the sentencing hearing in this case be scheduled to trail the sentencing date in *Sterlingov*.  The *Sterlingov* sentencing was originally scheduled for July 15, 2024.  *See* ECF No. 141.

2.      On March 22, 2024, the Court scheduled a sentencing hearing in this case for August 2, 2024.

3.      On June 7, 2024, the Final Presentence Investigation Report was filed in this case.  *See* ECF No. 145.

4.      On June 24, 2024, the sentencing date in *Sterlingov* was continued from July 15, 2024 until August 21, 2024.

5.      In order to trail the sentencing in *Sterlingov*, the government requests that the sentencing in this case be continued until a date following August 21, 2024.  The government has

conferred with defense counsel, and both parties are available September 6, 2024, subject to the

Court's availability.

      6.      Counsel for the defense does not oppose this motion.

      Accordingly, the government requests that the Court continue the sentencing hearing in

this case until September 6, and that the remaining deadlines for sentencing memoranda be reset

in accordance with the Court's Standing Order for Criminal Cases, ECF No. 6, at 4.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:    */s/ C. Alden Pelker*
                C. Alden Pelker, Maryland Bar
                Trial Attorney, U.S. Department of Justice
                Computer Crime & Intellectual Property Section
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 616-5007 (Pelker)
                Catherine.Pelker@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 19-CR-395 (BAH)** |
| | **:** | |
| **LARRY DEAN HARMON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon consideration of the government's Unopposed Motion To Continue Sentencing Hearing, it is hereby

ORDERED that the Motion is GRANTED; and that the Sentencing Hearing currently scheduled for August 2, 2024, shall be continued until September 6, 2024, at _____ a.m./p.m.; and that the deadlines for the parties to submit sentencing memoranda shall be continued in accordance with the Court's Standing Order for Criminal Cases.

Dated this _____ day of July, 2024.

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE